UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BERNADETTE TAYLOR LOCKETT | : | CIVIL ACTION NO. |
| | : | 3:20-cv-191 (JAM) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| TARGET CORPORATION | : | |
| | : | |
| Defendant. | : | December 23, 2021 |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal and Local Rules of Civil Procedure, Defendant Target Corporation ("Defendant" or "Target"), hereby moves for summary judgment in its favor with respect to all claims and allegations raised in Plaintiff Bernadette Taylor Lockett's ("Plaintiff") Amended Complaint, filed on April 13, 2020. [Dkt. No. 20]. For the reasons more fully discussed in the accompanying memorandum of law, Target makes this motion on the ground that there are no genuine issues as to any material facts, and Defendant is entitled to judgment as a matter of law.

The only remaining claims in Plaintiff's Amended complaint are: race-based hostile work environment in violation of Title VII and 42 U.S.C. § 1981(Count One); retaliation in violation of Title VII and 42 U.S.C. § 1981 (Count Three); constructive discharge in violation of Title VII (Count Four); and race-discrimination in violation of Title VII (Count Five).[1] As set forth in detail in the Memorandum of Law and Local Rule 56(a)1 statement filed contemporaneously herewith, Target is entitled to summary judgment on all remaining counts.

---

[1] Plaintiff's claims of disparate impact, negligent supervision, gender discrimination, and claims under 42 U.S.C. § 1985 & 1986 were dismissed on July 24, 2020. See Dkt. No. 31.

**WHEREFORE**, for the reasons set forth in Target's Memorandum in Support of this Motion and exhibits attached thereto, Target respectfully requests that the Court grant its Motion for Summary Judgment and any further relief that the Court deems just and proper.

      **DEFENDANT,**
      **TARGET CORPORATION**

      */s/ John G. Stretton*
      John G. Stretton (CT19902)
      Nicole S. Mulé (CT30624)
      OGLETREE, DEAKINS, NASH, SMOAK
        & STEWART, P.C.
      281 Tresser Blvd., Suite 602
      Stamford, CT 06901
      Telephone: 203-969-3102
      Facsimile: 203-969-3150
      john.stretton@ogletree.com
      Nicole.mule@ogletree.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically through the Court's Electronic Filing System ("ECF") and email notification was sent to all parties. Parties unable to receive notifications through the Court's ECF system were sent copies by regular U.S. mail on this 23rd day of December, 2021.

                                          */s/ Nicole S. Mulé*
                                          Nicole S. Mulé

49726965.2