Civil- (Dec-2008)

HONORABLE: Sarala V. Nagala

DEPUTY CLERK M. Bozek    RPTR/ECRO/TAPE RPTR: Denae Hovland

TOTAL TIME: _____ hours  46  minutes

DATE: 10/18/2022    START TIME: 10:29 AM    END TIME: 11:15 AM

LUNCH RECESS    FROM: _____    TO: _____

RECESS (if more than ½ hr)    FROM: _____    TO: _____

CIVIL NO. 3:20-cv-00191-SVN

Lockett                                           Bernadette Taylor Lockett (pro se)
                                                  Plaintiff's Counsel
vs
Target Corporation                                John Gerard Stretton
                                                  Defendant's Counsel

## COURTROOM MINUTES- CIVIL

[✓] Motion hearing            [ ] Show Cause Hearing
[ ] Evidentiary Hearing       [ ] Judgment Debtor Exam
[ ] Miscellaneous Hearing

[✓] .....#78    Motion for Summary Judgment        [ ] granted [ ] denied [✓] advisement
[ ] .....#___   Motion _____     [ ] granted [ ] denied [ ] advisement
[ ] .....#___   Motion _____     [ ] granted [ ] denied [ ] advisement
[ ] .....#___   Motion _____     [ ] granted [ ] denied [ ] advisement
[ ] .....#___   Motion _____     [ ] granted [ ] denied [ ] advisement
[ ] .....#___   Motion _____     [ ] granted [ ] denied [ ] advisement
[ ] .....#___   Motion _____     [ ] granted [ ] denied [ ] advisement
[ ] .....       Oral Motion _____    [ ] granted [ ] denied [ ] advisement
[ ] .....       Oral Motion _____    [ ] granted [ ] denied [ ] advisement
[ ] .....       Oral Motion _____    [ ] granted [ ] denied [ ] advisement
[ ] .....       Oral Motion _____    [ ] granted [ ] denied [ ] advisement
[ ] .....       [ ] Briefs(s) due ____ [ ] Proposed Findings due ____ Response due ____
[ ] ..........  _____    [ ] filed [ ] docketed
[ ] ..........  _____    [ ] filed [ ] docketed
[ ] ..........  _____    [ ] filed [ ] docketed
[ ] ..........  _____    [ ] filed [ ] docketed
[ ] ..........  _____    [ ] filed [ ] docketed
[ ] ..........  _____    [ ] filed [ ] docketed
[ ] ..........  Hearing continued until ____ at ____

Notes: Hearing held via Zoom.