UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BERNADETTE TAYLOR LOCKETT | : | CIVIL ACTION NO. |
| | : | 3:20-cv-191 (JAM) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| TARGET CORPORATION | : | |
| | : | |
| Defendant. | : | March 2, 2023 |

## DEFENDANT'S MOTION TO COMPEL DISCOVERY RESPONSES

Pursuant to Federal Rule of Civil Procedure 37 and District of Connecticut Local Rules 7 and 37, Defendant Target Corporation ("Defendant") hereby submits this Motion to Compel Plaintiff Bernadette Taylor Lockett ("Plaintiff") to supplement her responses to Initial Discovery Protocol Items F – J and Defendant's First Set of Discovery, specifically Interrogatory Nos. 13-15, Request for Production Nos. 30, 38-40. Underscoring this Motion is the fact that Plaintiff has previously been ordered by this Court to comply with her discovery obligations and produce documents responsive to the aforementioned discovery.

Despite multiple attempts to meet and confer with Plaintiff, Plaintiff's penurious responses provided little to no useful information. Plaintiff would like defense counsel to blindly interpret the cryptic two pages she did supplement and guess at their meaning and responsiveness, but discovery and litigation is not a game of blind man's bluff. Plaintiff must provide full narrative responses to Initial Discovery Protocol Items F – J, Interrogatory Nos. 13-15, Request for Production Nos. 30, 38-40 so that Defendant may understand the information and documents Plaintiff is producing. This is especially true where, like here, Plaintiff's deposition has already occurred and defense counsel is without the benefit of being

able to depose Plaintiff on the documents and information she provided. In support of this Motion and in accordance with the District of Connecticut Local Rules 7(a)1 and 37(b)1, Defendant respectfully directs the Court to its Memorandum of Law and accompanying affidavit, filed herewith.

**WHEREFORE**, Defendant respectfully requests that the Court order Plaintiff to:

i. Supplement her responses to Initial Discovery Protocols Items F– J;
   a. Provide a narrative response to Initial Discovery Protocols Items F-J on a form identifying the Initial Discovery Protocols then inserting the word "Answer" and immediately thereafter state the response to that Initial Discovery Protocol.

ii. Supplement her responses to Interrogatory Nos. 13-15;
   a. Provide a narrative response to Interrogatory Nos. 13-15 on a form identifying the Interrogatory then inserting the word "Answer" and immediately thereafter state the response to that Interrogatory;
   b. Separately provide a verification that is signed by the Plaintiff that declares under oath that the answers to Interrogatory Nos. 13-15 are true and accurate.

iii. Supplement her production to Request Nos. 30 & 38-40;
   a. Provide a narrative response identifying to Request Nos. 30 & 38-40 on a form identifying the Request then inserting the word "Answer" and immediately thereafter identify the documents that are responsive to the Request;

iv. Preclude Plaintiff from introducing any evidence responsive to Target's First Set of Discovery that was not supplemented.

v. Award Defendant reasonable expenses incurred in obtaining this order, including attorneys' fees; and

vi.     Award Defendant all other just and equitable relief to which it may be entitled.

                             Respectfully submitted,

                             **DEFENDANT,**
                             TARGET CORPORATION

                             <u>By:/s/ Nicole S. Mulé</u>
                             John G. Stretton (CT19902)
                             Nicole S. Mulé (CT30624)
                             Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
                             281 Tresser Blvd., Suite 602
                             Stamford, CT 06901
                             Telephone: 203.969.3100
                             Facsimile: 203.969.3150
                             John.stretton@ogletree.com
                             nicole.mule@ogletree.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically through the Court's Electronic Filing System ("ECF") and email notification was sent to all parties. Parties unable to receive notifications through the Court's ECF system were sent copies by regular U.S. mail on this 2nd day of March, 2023.

/s/ Nicole S. Mulé
Nicole S. Mulé

54778729.v1-OGLETREE