UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BERNADETTE TAYLOR LOCKETT )
(Pro Se) )   **Case No. 3:20-cv-191 (JAM)**
       Plaintiff, )
       v. )   **RESPONSE TO DEFENDANT'S**
        )   **MOTION TO COMPEL DISCOVERY**
TARGET CORPORATION, )
       Defendant. )

    Plaintiff submits this brief Response to Defendant's Motion to Compel Discover [DK114] and in response Judge Nagala's order [DK 116].

    *Defendant requested that Plaintiff: "Supplement her responses to Interrogatory Nos. 13-15;*

    *a. Provide a narrative response to Interrogatory Nos. 13-15 on a form identifying the Interrogatory then inserting the word ""Answer"" and immediately thereafter state the response to that Interrogatory;*

    *b. Separately provide a verification that is signed by the Plaintiff that declares under oath that the answers to Interrogatory Nos. 13-15 are true and accurate."*

Defendants No. 13:

    **Response:** On December 8, 2020 Plaintiff provided Defendant an employment log, 75 pages, reflecting job application submissions for 2019, Defendant received on August 9, 2021 confirmation of job searches for April 4, 2020 through August 9, 2021 from the Department of Labor, and February 13, 2023 Plaintiff provided an employment search and job application log. Plaintiff relied on the Department of Labors format for job searches: Date of Inquiry – Company and Position – Communication with Company – Offer Yes/No and if declined why and a column for additional information that would reflect information such as interviews. Plaintiff did not record compensation. On February 3, 2023 and March 10, 2023, Plaintiff provided employment information for 2022-2023 for JC Penney and Society of Human Engagement and Business Alignment and further supplemented it on March 10, 2023. Plaintiff provided Defendant on June 15, 2020 with a resume and supplemented it with a revised version on March 10, 2023. Plaintiff does not have any additional information or resumes to provide.

Defendant's No. 14 requesting *"Identify the source and amount of all income or benefits that you received from any source during the past five (5) years to the present, including but not limited to unemployment compensation, disability benefits, workers' compensation benefits,*

*social security benefits, and any form of public assistance."*

**Response:** On February 2, 2023 Plaintiff provided Defendant with W2's for JC Penney and Society of Human Engagement and Business Alignment (SHEBA), March 10, 2023 supplemented the request with two missing unemployment payment, supplemented Survivor Benefits information with a letter from the Department of Veterans Affairs for 2023 and a print out of Survivor Benefits from December 29, 2017 through December 1, 2022, earning statements for SHEBA and a copy of Form 1099-NEC reflecting payment from the McCrory For Senate campaign.  Plaintiff does not have any additional information or documents.

Defendant's No. 15. "*Please state the name and address of all employers by whom you have been employed since October 1, 2017 and state:*

  a. the identity and address of said employer;
  b.  b. the length of time you have been employed at each place of employment and the date that employment commenced;
  c. c. your job title, duties and responsibilities and immediate supervisor at each place of employment;
  d. d. your rate of pay at the time each employment commenced and the date and amount of all increases in that rate of pay;
  e. e. the identity and the monetary value of all other forms of compensation received by you from each employer, including although not by way of limitation, any fringe benefits, bonuses, commission insurance and expense reimbursements;
  f.  f. whether you have made any formal or informal complaints of discrimination against said employer; and
  g. g. if no longer employed by said employer, the reason you were no longer employed*.*"

**Response:** Plaintiff supplemented this request on March 10, 2023 to reflect employment with JC Penney and Society of Human Engagement and Business Alignment in 2021 and 2022 respectively.  There are no other employers for which the Plaintiff has not already provided the Defendant with the requested information.  Plaintiff does not recall the rate of pay for all of the jobs searched or applied for and did not make a record of it. Plaintiff does not have any additional information.

Defendant requested that Plaintiff: Supplement her production to Request Nos. 30 & 38-40;

  a. Provide a narrative response identifying to Request Nos. 30 & 38-40 on a form identifying the Request then inserting the word ""Answer"" and immediately thereafter identify the documents that are responsive to the Request;

Defendant's Production of Documents No. 30 Request: "*Produce all documents and communications relating to your income and monies earned or received by you from any source whatsoever after the end of your employment with Target*".

**Response:** Plaintiff supplemented on March 10, 2023 and has no additional documents

or information.

Defendant's Production of Documents No. 38 Request: "*Produce any and all documents and communications relating to any damages you claim including, but not limited to, damages for back pay; emotional pain, suffering, inconvenience, loss of enjoyment of life, and humiliation; punitive damages; front pay; and reasonable attorney consulting fees and costs. Your response should include documents relating to: (a) the type of damages alleged (e.g., emotional distress, etc.); (b) the exact amount of the damage you claim; and (c) the basis on which you have computed the damage.*"

    Response: Plaintiff On March 10, 2023 Plaintiff informed Defendant again that she has no documents.

Defendant's Production of Documents No. 39 Request: "*Produce your 2015, 2016, 2017, 2018, 2019 tax returns and any subsequent returns together will all attachments, exhibits, schedules, amendments, W-2s, 1099s, K-1s and audit records. If a return has not yet been filed, please provide copies of all W-2s, 1099s, K1s, and all other records of income and deductions.*"

    Response: Plaintiff provided W2's for 2022 on February 2, 2023 and on March 10, 2023 provided a form 1099-NEC reflecting income earned. Plaintiff did not meet the threshold for having a filing requirement for the years requested and has no additional documents.

Defendant's Production of Documents No. 40 Request: "*To the extent not produced in response to another Request, any and all documents and communications concerning or related to all elements of damages you claim against Defendant.*"

    Response: Plaintiff has no documents.

Respectfully submitted,
/s/Bernadette Taylor Lockett
Bernadette Taylor Lockett
441 Clark Avenue Unit 29
Bristol, Ct. 06010