UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BERNADETTE TAYLOR LOCKETT | : | CIVIL ACTION NO. |
| | : | 3:20-cv-191 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| TARGET CORPORATION | : | |
| | : | |
| Defendant. | : | April 5, 2023 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Bernadette Taylor Lockett, and Defendant, Target Corporation, hereby file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), dismissing with prejudice, and with no award of attorneys' fees, costs and/or disbursements to any party, all of Plaintiff's claims against the Defendant.

**PLAINTIFF,**
**BERNADETTE LOCKETT**

*/s/ Bernadette Lockett*
441 Clark Avenue, Unit 29
Bristol, CT 06010
203-528-6354
Lockettsx4@aol.com

**DEFENDANT,**
**TARGET CORPORATION**

*/s/ Nicole S. Mulé*
John G. Stretton (ct19902)
Nicole S. Mulé (ct30624
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
281 Tresser Blvd., Suite 602
Stamford, CT 06901
Telephone: 203-969-3100
Facsimile: 203-969-3150
John.stretton@ogletreedeakins.com
Nicole.mulé@ogletreedeakins.com

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was filed electronically through the Court's Electronic Filing System ("ECF") and email notification was sent to all parties. Parties unable to receive notifications through the Court's ECF system were sent copies by regular U.S. mail on this 5th day of April, 2023.